CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Greenwood Leflore Hospital )   Case No.: 26–11337–SDM
      Debtor(s) )   Chapter: 9
       )   Judge: Selene D. Maddox
       )
       )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 5/15/26 at 10:00 AM

to consider and act upon the following:

*18* – Motion to Deem Ombudsman Not Necessary Filed by Douglas C. Noble on behalf of Greenwood Leflore Hospital (RE: related document(s)11 Directing Appointment of Ombudsman). (Attachments: # 1 Index # 2 Exhibit A – Mission Statement # 3 Exhibit B – Hospital License # 4 Exhibit C – Medical Staff Bylaws # 5 Exhibit D – Governing Body Bylaws # 6 Exhibit E – Table of Patient Care Policies # 7 Exhibit F – Admissions Admitting Process # 8 Exhibit G – Hospital Compare Review # 9 Exhibit H – Staffing Ratios (305, 322, and Optimum Staffing Calculator) # 10 Exhibit I – eCQM Performance Summary) (Noble, Douglas)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 4/23/26

              Shallanda J. Clay
              Clerk, U.S. Bankruptcy Court

              BY: MRH
                  Deputy Clerk