## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     **GREENWOOD LEFLORE HOSPITAL**     **CHAPTER 9**
     **Debtor**     **CASE NO. 26-11337-SDM**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig M. Geno, Christopher J. Steiskal and the Law Offices of Geno and Steiskal, PLLC, and Suzanne C. Hudson and Laura M. Glaze file this *Notice of Appearance* on behalf of the Mississippi Division of Medicaid, a creditor in the above referenced case pending in the United States Bankruptcy Court for the Northern District of Mississippi, and request that their names be added to the list of persons to receive copies of all notices and pleadings filed in this case.

THIS, the ____ 4th ____ day of May, 2026.

Respectfully submitted,

MISSISSIPPI DIVISION OF MEDICAID

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By:_____
     Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

-and-

Suzanne C. Hudson (Miss. Bar No. 103079)
Laura M. Glaze (Miss. Bar No. 100625)
550 High Street, Suite 1000 (39201)
Post Office Box 2222
Jackson, MS 39225
Telephone:  (601) 576-5958
            (601) 359-6462
Suzanne.Hudson@medicaid.ms.gov
Laura.Glaze@medicaid.ms.gov
N:\Firm Data\Users\Bankrupt\MS Division of Medicaid (Greenwood Leflore Bkcy)\Pleadings\Entry of Appearance - CMG, etc. 5-4-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Electronic Filing transmission, a true and correct copy of the above and foregoing instrument to:

Steven Usry, Esq.                      Douglas C. Noble, Esq.
Office of the United States Trustee    dnoble@mmqnlaw.com
steven.usry@usdoj.gov

THIS, the ____4-H____ day of May, 2026.

_____
Craig M. Geno

-2-