_____

**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREENWOOD LEFLORE HOSPITAL | ) | Case No. 26-11337-SDM |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | |

**ORDER (I) SCHEDULING HEARINGS ON
(A) ADEQUACY OF DISCLOSURE STATEMENT AND
(B) CONFIRMATION OF PLAN OF ADJUSTMENT;
(II) FIXING DEADLINES FOR FILING OBJECTIONS TO DISCLOSURE
STATEMENT AND TO PLAN OF ADJUSTMENT;
(III) APPROVING SOLICITATION PROCEDURES, VOTING DEADLINE AND
FORM AND MANNER OF NOTICE OF COMBINED HEARING;
(IV) ESTABLISHING BAR DATES FOR FILING OF PROOFS OF CLAIM; and
(V) GRANTING RELATED RELIEF**

There came on for hearing on Monday, June 8, 2026, for the Court's consideration of the

motion [Dkt. No. 52][1] filed by Greenwood Leflore Hospital, a public community hospital, (the

"**Debtor**" or "**GLH**"), requesting the various types of relief (the "**Motion**"):

---

[1] Except as stated otherwise, defined terms herein shall bear the meanings ascribed to them in the Motion.

1

A. scheduling a combined hearing (the "**Combined Hearing**") on the adequacy of the *Disclosure Statement* [Dkt #51] (the "**Disclosure Statement**") and confirmation of the *Plan of Adjustment* [Dkt #50] ("**Plan**");

B. fixing the deadline for objections ("**Objection Deadline**") to the Disclosure Statement, confirmation of the Plan and objections to the proposed assumption of contracts and leases (the "**Proposed Assumptions**") under the Plan;

C. approving the procedures for solicitation of acceptances of the Plan **("Solicitation Procedures")**, including the forms of ballots (the **"Ballots**") and the form and manner of the notice of the Combined Hearing and the Objection Deadline (the "**Combined Notice**"), and establishing the date by which Ballots shall be returned (the "**Voting Deadline**");

D. fixing a bar date for the filing of proofs of claim; and

E. certain related relief.

The Court, having reviewed the Motion, considered the arguments of counsel, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted but as modified by the Court's oral ruling on the Motion and as set forth below.

IT IS, THEREFORE, ORDERED as follows:

A.      The Solicitation Procedures proposed by the Debtor for distribution of the Solicitation Packages consisting of the Plan, the Disclosure Statement, a Ballot, and the Combined Notice as set forth in the Motion satisfy the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and are approved.

B.      The Court conditionally approves the Disclosure Statement as containing adequate information for solicitation of votes on the Plan.  The Court declines to hold a combined hearing on the adequacy of the Disclosure Statement and confirmation of the Plan and approves instead the Confirmation Schedule below.

C.      The schedule below (the "**Confirmation Schedule**") is consistent with the applicable provisions of the Bankruptcy Code and Bankruptcy Rules and is approved:

| Event | Date/Deadline |
|---|---|
| Voting Record Date | June 1, 2026 |
| Combined Notice Service Date | June 10, 2026 |
| Disclosure Objection Deadline | June 24, 2026 |
| Disclosure Hearing | June 29, 2026 |
| Plan Supplement Filing Deadline[2] | July 1, 2026 |
| Voting Deadline | July 3, 2026 |
| Plan Objection Deadline | July 10, 2026 |
| Confirmation Hearing | July 16, 2026 |

D.      The deadline for filing objections to adequacy of the Disclosure Statement (the "**Disclosure Objection Deadline**") is June 24, 2026, 5:00 p.m. Central Time.   If objections to the Disclosure Statement are filed, a final hearing to consider the adequacy of the Disclosure Statement (the "**Disclosure Hearing**") will be held on Monday, June 29, 2026, at 10:00 a.m. Central Time in the U.S. Bankruptcy Courthouse in Aberdeen, Mississippi.

E.      The hearing at which time the Court will consider, among other things, confirmation of the Plan and approval of the Proposed Assumptions (the "**Confirmation Hearing**") will be held on July 16, 2026, at 10:00 a.m. Central Time in the U.S. Bankruptcy Courthouse in Aberdeen, Mississippi.  The Objection Deadline for filing objections to the Plan or the Proposed Assumptions is July 10, 2026 (the "**Plan Objection Deadline**").

F.      Any responses or objections relating to the foregoing must: (i) be in writing; (ii) conform to the applicable Bankruptcy Rules and the Local Rules; (iii) set forth the name of the

---

[2] The Plan Supplement may include supplementations or modifications to the Plan, Disclosure Statement or any associated documents, exhibits or information contained therein.

objecting party, the amount and nature of such party's claim or interest, the basis for the objection and the specific grounds thereof; and (iv) be filed with the Court, together with proof of service.

G.      Any objection not filed and served by the respective Disclosure Objection Deadline or Plan Objection Deadline as provided above shall not be considered by the Court.

H.      The Debtor shall cause the Solicitation Package to be mailed by the Combined Notice Service Date of June 10, 2026, to all known creditors and interested parties (including holders of non-voting Claims and counterparties to Executory Contracts and Unexpired Leases). The Solicitation Package, including the forms of Ballots and the Combined Notice (a copy of which is attached hereto as Exhibit 1), is approved in full.  Such service shall be deemed good and sufficient notice and is approved. No further notice need be given.

I.      The Debtor is authorized but not directed to publish the Combined Notice (adapted as needed for publication) in *The Greenwood Commonwealth* and *The Clarion-Ledger* and file proof of same on the Court's docket to provide sufficient notice of the date, time and place of the Combined Hearing and the Objection Deadline (and related procedures) to persons who do not otherwise receive the Combined Notice by mail.

J.      The Solicitation Procedures as approved herein comply with the requirements of the Bankruptcy Code and Bankruptcy Rules and constitute good and sufficient notice of the Disclosure Hearing, the Confirmation Hearing, the Disclosure Objection Deadline and Plan Objection Deadline, procedures for voting on the Plan and of the Voting Deadline, procedures for objecting to the adequacy of the Disclosure Statement and to confirmation of the Plan and the Proposed Assumptions.  The Voting Deadline of July 3, 2026, is approved as reasonable and appropriate.

4

K.      July 3, 2026, at 5:00 p.m. (prevailing Central Time) is set as the deadline

("**General Bar Date**") for filing proofs of claim and October 12, 2026, at 5:00 p.m. Prevailing

Central Time as the deadline ("**Governmental Bar Date**") for government entities to file proofs

of claim. The Governmental Bar Date would apply to all governmental units holding claims

against the Debtor that arose prior to the Petition Date.

L.      A copy of Official Form 410 shall be included in the mailout of the Combined

Notice. Any proof of claim must conform to Official Form 410 and be filed with the Clerk of this

Court so as to be actually received prior to the applicable Bar Date. Any entity that is required,

but fails, to file a proof of claim on or before the applicable Bar Date shall be forever barred,

estopped, and enjoined from asserting such claim against the Debtor and its estate (or filing a

Proof of Claim with respect thereto), and the Debtor and its property and estate shall be forever

discharged from any and all indebtedness or liability with respect to or arising from such claim.

M.      The requirements of Bankruptcy Rule 6004(h), to the extent applicable, are hereby

waived, and this Order shall be immediately effective and enforceable upon its entry.

##SO ORDERED##

Order submitted by:

Douglas C. Noble, MS Bar No. 10526
**McCraney | Montagnet | Quin | Noble PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939
Email:  dnoble@mmqnlaw.com

*Counsel for Greenwood Leflore Hospital*

5

**Exhibit 1**

Combined Notice

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| GREENWOOD LEFLORE HOSPITAL | )   Case No. 26-11337-SDM |
| | )   Chapter 9 |
| Debtor. | ) |
| | ) |

**COMBINED NOTICE OF (I) FILING OF PLAN AND DISCLOSURE STATEMENT;
(II) DEADLINE FOR CASTING VOTES ON PLAN;
(III) HEARINGS ON AND DEADLINES FOR FILING OBJECTIONS TO
(A) APPROVAL OF DISCLOSURE STATEMENT AND
(B) CONFIRMATION OF PLAN AND ASSUMPTION OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; and
(IV) BAR DATES FOR FILING PROOFS OF CLAIM**

**I.     NOTICE OF FILING OF PLAN AND DISCLOSURE STATEMENT:**

1.      On April 15, 2026, (the "**Petition Date**"), the Greenwood Leflore Hospital (the "**Debtor**") commenced this Chapter 9 case (the "**Case**").

2.      On June 7, 2026, the Debtor filed its *Plan of Adjustment* [Dkt #50] ("**Plan**") and the accompanying *Disclosure Statement* [Dkt #51] (the "**Disclosure Statement**"). Copies of the Plan and the Disclosure Statement accompany this Notice. Additional copies may be requested free of charge by contacting counsel for the Debtor:

Douglas C. Noble, MS Bar No. 10526
McCraney | Montagnet | Quin | Noble PLLC
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939
Email:  DNOBLE@MMQNLAW.com

3.      The Plan proposes, among other things, to assume and to assume and assign in accordance with § 365 of the Bankruptcy Code, and without the filing of any further motion, those Executory Contracts and Unexpired Leases identified in Schedule 9.1 of the Plan (the "**Proposed Assumptions**"). The amounts stated in Schedule 9.1 identify the amounts the Debtor believes to be necessary to cure any monetary defaults associated with the Proposed Assumptions.  Counterparties are directed to review Schedule 9.1 of the Plan to determine if your rights are affected under the Plan.

1

## II.   NOTICE OF DEADLINE FOR CASTING VOTES ON PLAN:

4.     If you are the holder of an Allowed Impaired Claim under the Plan, then you are entitled to cast a vote to accept or reject the Plan. The Disclosure Statement identifies the holders of Claims entitled to vote on the Plan and contains all instructions and relevant information relating to the voting process. You should consult the Disclosure Statement and all materials provided herewith in evaluating how to vote on the Plan.

5.     If you are entitled to vote on the Plan, you will receive a Ballot with this Notice. The Ballot also contains instructions for casting your vote, completing the Ballot and returning it to counsel for the Debtor. **Your ballot must be actually received before 5:00 p.m., prevailing central time, on July 3, 2026** (the "**Voting Deadline**").

## III.   NOTICE OF OBJECTION DEADLINES AND HEARINGS ON DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN

6.     Any responses or objections to approval of the Disclosure Statement **must be filed no later than June 24, 2026, by 5:00 p.m. Central Time,** with the Clerk of the Court at United States Bankruptcy Court, Northern District of Mississippi, Thad Cochran U.S. Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730.

7.     If any timely and properly filed objections or responses are filed, a hearing (the "**Disclosure Hearing**") to consider final approval of the Disclosure Statement **will be held by the Court on June 29, 2026, at 10:00 a.m. Central Time** at 703 Highway 145 North, Aberdeen, Mississippi 39730.

8.     Any responses or objections to confirmation of the Plan or to the Proposed Assumptions **must be filed no later than July 10, 2026, by 5:00 p.m. Central Time,** with the Clerk of the Court at United States Bankruptcy Court, Northern District of Mississippi, Thad Cochran U.S. Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730,

9.     A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan and the Proposed Assumptions, and any timely and properly filed objections or responses, **will be held by the Court on July 16, 2026, at 10:00 a.m. Central Time,** at 703 Highway 145 North, Aberdeen, Mississippi 39730.

10.     Any response or objection to either of the foregoing shall: (i) be in writing; (ii) conform to the applicable Federal Rules of Bankruptcy Procedure and the applicable Miss. Bankr. Local Rules; (iii) set forth the name of the objecting party, the amount and nature of such party's claim or interest, the basis for the objection and the specific grounds thereof; and (iv) together with proof of service, and (v) served on counsel for the Debtor:

> Douglas C. Noble, MS Bar No. 10526
> **McCraney Montagnet Quin Noble**
> 602 Steed Road • Suite 200
> Ridgeland, Mississippi 39157
> Telephone: (601) 707-5725
> Facsimile:  (601) 510-2939
> Email:  DNOBLE@MMQNLAW.com

*UNLESS A RESPONSE OR OBJECTION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, IT SHALL NOT BE CONSIDERED BY THE COURT.*

### IV.   NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM:

11.   The Court has established the following dates for filing proofs of claim for assertion of Claims against the Debtor:

| | |
|---|---|
| Bar Date for Creditors: | July 3, 2026 |
| Governmental Bar Date: | October 12, 2026 |

12.   All proofs of claim must conform to Official Form 410, and a copy accompanies this Notice and must be filed with the Clerk of the Court electronically or at the address listed above so as to be actually received prior to the applicable Bar Date.

ANY ENTITY THAT IS REQUIRED, BUT FAILS, TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR AND ITS ESTATE (OR FILING A PROOF OF CLAIM WITH RESPECT THERETO), AND THE DEBTOR AND ITS PROPERTY AND ESTATE SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO OR ARISING FROM SUCH CLAIM.

Dated: June 10, 2026.

Respectfully submitted,

**GREENWOOD LEFLORE HOSPITAL**

By:  /s/ *Douglas C. Noble*

Douglas C. Noble, MS Bar No. 10526
**McCraney | Montagnet | Quin | Noble PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone:  (601) 707-5725
Facsimile:   (601) 510-2939
Email:  DNOBLE@MMQNLAW.com

3