**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREENWOOD LEFLORE HOSPITAL | ) | Case No. 26-11337-SDM |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | |

**PLAN SUPPLEMENT**

COMES NOW Greenwood Leflore Hospital, a public community hospital ("**GLH**" or the

"**Debtor**"), by and through counsel, and submits this *Plan Supplement* (the "**Plan Supplement**")

in connection with the Debtor's *Disclosure Statement* [Dkt #51] (the "**Disclosure Statement**")

for solicitation of acceptances and rejections of the *Plan of Adjustment* [Dkt #50] (the "**Plan**")

filed on June 7, 2026.  This Plan Supplement includes the following documents attached hereto,

as they may be modified, amended, or supplemented from time to time:

- *Pre-Closing Hosting & Access Agreement*, which is supplementary to the

  *Contribution and Asset Transfer Agreement* attached to the Plan as "Exhibit A";

  and

- *Post-Closing Budget*, which is Exhibit 3 to the Disclosure Statement.

THIS the 30th day of June, 2026.

Respectfully submitted,

**GREENWOOD LEFLORE HOSPITAL**

By:  /s/ *Douglas C. Noble*

Douglas C. Noble, MS Bar No. 10526
**McCraney | Montagnet | Quin | Noble PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone:  (601) 707-5725
Facsimile:   (601) 510-2939
Email:  dnoble@MMQNlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically.

SO CERTIFIED, this the 30th day of June, 2026.

 /s/ *Douglas C. Noble*