**Exhibit 3**

Post-Closing Budget

**Greenwood Leflore Hospital**
**Hospital Closure and  Wind Down Budget**
**Template for Roles and Responsibilities - Assumes all functions are reassigned to Admin after their active periods**
**August 2026 - January 2028**

**Organization Chart Departments**

| | |
|---|---|
| Administration | Plan of Adjustment; Liquidate Real Properties; MTCA Run Out; Pension Plan Termination;  Profit Sharing Plan Transfer;  COBRA |
| | IBNRs-Health/Workers Comp/Unemployment; Coporate Records, Employment Records, Data Migration and Patient Access |
| Human Resources | After 3 Months |
| Finance | After 6 Months |
| Patient Accounts | After 6 Months |
| Medical Records | After 3 Months |

| | |
|---|---|
| Finance | Revenue Cycle; General Ledger; Payroll Related; Accounts Payable; Financial Reporting; Audits (2026 and 2027); Cost Reports (2026 and 2027); CYE Tax Forms |

**Medical Records**

| | |
|---|---|
| Scheduling | Inpatient/Outpatient/Clinic Pre Authorizations; Continued Stay and Denials |
| Clinic Records | Chart Completion; Coding; Billing; Collections |
| Medical Records | Inpatient/Outpatient  Transcription; Chart Completion;  Coding; |

**Patient Accounts**

| | |
|---|---|
| Billing | Inpatient/Outpatient/CRNA |
| Posting and Follow-Up | Inpatient/Outpatient/CRNA |
| Self Pay/Charity Policy | Inpatient/Outpatient/CRNA |
| Clinic  Professional Fees | Chart Completion; Coding; Billing; Collections |

| | |
|---|---|
| Human Resources | Finalize Employee Records; Identify Pension Participants; Coordinate Transfer Plan for Profit Sharing Plan; Organize and Relocate Active records; |
| | Employment Verifications; Retire/Destroy Inactive Records |

**Information Systems**
**Open and To Come????????**

**Software and Licenses**

| | |
|---|---|
| Clinical | Clinics; Inpatient; Outpatient |
| Financial | Accounting; Billing; Financial Reporting |
| Other | Miscellaneous |

| | |
|---|---|
| Data Migration | Migrate Pateint Records to Extractable Data Base; Includes Access Fees for 10 Years |

| | |
|---|---|
| External Resources and insurance | As Listed; Historical Cost |

**Greenwood Leflore Hospital**
**Hospital Closure and Wind Down Budget - Areas of Responsibility**
**August 2026 - January 2028**
**V3 - Data Migration at Month 4; Aggressive Staffing Model For all**

Wrap FY 26 / Wrap CY Taxes / Liquidate Assets — Wrap Pension — Wrap FY 27 / Wrap CY Taxes / Liquidate Assets / Wrap Torts

| | 1 | 2 | 3 | 4 | 5 | 6 | Initial Phase | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | Extended Phase | All months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administration** | | | | | | | | | | | | | | | | | | | | | |
| Expeditor #1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Expeditor #2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Expeditor #3 | 7,266.00 | 7,266.00 | 7,266.00 | 7,266.00 | 7,266.00 | 7,266.00 | 43,596.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 90,000.00 | |
| Clerical/Accounting Tech | 5,017.00 | 5,017.00 | 5,017.00 | 5,017.00 | 5,017.00 | 5,017.00 | 30,102.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Total | 12,283.00 | 12,283.00 | 12,283.00 | 12,283.00 | 12,283.00 | 12,283.00 | 73,698.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 90,000.00 | 163,698.00 |
| **Finance** | | | | | | | | | | | | | | | | | | | | | |
| Director - Revenue Cycle, Financial | 20,068.00 | 20,068.00 | 20,068.00 | 20,068.00 | - | - | 80,272.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| General Ledger, Accounting, Payroll | 8,996.00 | 8,996.00 | 8,996.00 | 8,996.00 | 8,996.00 | 8,996.00 | 53,976.00 | 8,996.00 | - | - | - | - | - | - | - | - | - | - | - | 8,996.00 | |
| Total | 29,064.00 | 29,064.00 | 29,064.00 | 29,064.00 | 8,996.00 | 8,996.00 | 134,248.00 | 8,996.00 | - | - | - | - | - | - | - | - | - | - | - | 8,996.00 | 143,244.00 |
| **Human Resources** | | | | | | | | | | | | | | | | | | | | | |
| Director - Pensions, Profit Sharing P | 15,743.00 | 15,743.00 | 15,743.00 | 15,743.00 | - | - | 62,972.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Clerical - Terminations, Verification | 6,920.00 | 6,920.00 | 6,920.00 | 6,920.00 | 6,920.00 | 6,920.00 | 41,520.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Total | 22,663.00 | 22,663.00 | 22,663.00 | 22,663.00 | 6,920.00 | 6,920.00 | 104,492.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | 104,492.00 |
| **Patient Accounts   [contract??]** | | | | | | | | | | | | | | | | | | | | | |
| Supervisors (2) | 15,224.00 | 15,224.00 | 15,224.00 | - | - | - | 45,672.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Billers (10) | 27,680.00 | 27,680.00 | 27,680.00 | 11,072.00 | 11,072.00 | - | 105,184.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Posting and Follow Up (2) | 6,055.00 | 6,055.00 | 6,055.00 | 3,027.50 | 3,027.50 | 3,027.50 | 27,247.50 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Self Pay and Charity (2) | 5,190.00 | 5,190.00 | 5,190.00 | - | - | - | 15,570.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Clinic Records (5) | 14,653.10 | 11,722.48 | 11,722.48 | 5,861.24 | - | - | 43,959.30 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Total | 68,802.10 | 65,871.48 | 65,871.48 | 19,960.74 | 14,099.50 | 3,027.50 | 237,632.80 | - | - | - | - | - | - | - | - | - | - | - | - | - | 237,632.80 |
| **Medical Records** | | | | | | | | | | | | | | | | | | | | | |
| Scheduling and Preauthorization's | 2,598.46 | - | - | - | - | - | 2,598.46 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Hospital Records and Coding (6) | 25,721.64 | 6,015.21 | - | - | - | - | 31,736.85 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Total | 28,320.10 | 6,015.21 | - | - | - | - | 34,335.31 | - | - | - | - | - | - | - | - | - | - | - | - | - | 34,335.31 |
| **Information System Support** | | | | | | | | | | | | | | | | | | | | | |
| Reserved (7) | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | - | - | 156,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | 156,000.00 |
| **Software and Licenses** | | | | | | | | | | | | | | | | | | | | | |
| Clinical | 159,000.00 | 159,000.00 | 159,000.00 | 159,000.00 | - | - | 636,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Clinical - Physicians | 31,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | - | - | 124,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Financial | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Clinical - Other | 11,000.00 | 11,000.00 | 11,000.00 | - | - | - | 33,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Total | 201,000.00 | 201,000.00 | 201,000.00 | 190,000.00 | - | - | 793,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | 793,000.00 |
| **Data Migration - Includes Access Fees for 10 Years** | | | | | | | - | | | | | | | | | | | | | - | - |
| **External  Resources** | | | | | | | | | | | | | | | | | | | | | |
| Legal (Chap 9; DOM; Other) | | | | | | | 100,000.00 | | | | | | | | | | | | | - | 100,000.00 |
| Professional  (actuary, pension termination support) | | | | | | | - | | | | | | | | | | | | | 100,000.00 | 100,000.00 |
| Contract Services | | | | | | | | | | | | | | | | | | | | | |
| Audit | | | | | | | 115,000.00 | | | | | | | | | | | | | 75,000.00 | 190,000.00 |
| Cost Reports | | | | | | | 20,000.00 | | | | | | | | | | | | | 20,000.00 | 40,000.00 |
| Business/Other | | | | | | | 125,000.00 | | | | | | | | | | | | | - | 125,000.00 |
| Property/E&O Insurance | | | | | | | 62,500.00 | | | | | | | | | | | | | 50,000.00 | 112,500.00 |
| Occupancy | | | | | | | 48,000.00 | | | | | | | | | | | | | 96,000.00 | 144,000.00 |
| Total External Resources | | | | | | | 470,500.00 | | | | | | | | | | | | | 341,000.00 | 811,500.00 |
| **Total Wind Down** | 401,132.20 | 375,896.69 | 369,881.48 | 312,970.74 | 42,298.50 | 31,226.50 | 2,003,906.11 | 18,996.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 439,996.00 | 2,443,902.11 |
| **Benefits Load** | 30,019.83 | 26,234.50 | 25,332.22 | 18,445.61 | 6,344.78 | 4,683.98 | 111,060.92 | 2,849.40 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 14,849.40 | 125,910.32 |
| | 431,152.03 | 402,131.19 | 395,213.70 | 331,416.35 | 48,643.28 | 35,910.48 | 2,114,967.03 | | | | | | | | | | | | | 454,845.40 | 2,569,812.43 |
| | | | | 1,559,913.28 | | | | | | | | | | | | | | | | | - |

Building Falls into Disrepair - Deferred Capital of $7 Million Unfunded    $ 2,569,812.43

**Greenwood Leflore Hospital**
**Hospital Closure and  Wind Down Budget - Staffing**
**August 2026 - January 2028**

| | | |
|---|---|---|
| **Employees Retained for Wind Down** | 40 to 45 employees for varying months | |
| **Terminated Employees on July 31, 2026** | 377 employees | |

| | | | |
|---|---|---|---|
| **Administration** | | **Hours Worked:** | |
| Director/CFO and Expeditor #1 (1) | 4 months | Month equals 173 hours; or 2080/12 | |
| Director/VP Administration and Expeditor #2 (1) | 4 months | | |
| Expeditor #3 (1) | 18 months | **Benefits Load:** | |
| Clerical/Accounting Tech (1) | 6 months | 15% of labor expense | |
| | | | |
| **Finance** | | **Wage Rates:** | |
| Director - Revenue Cycle, Financial (1) | See Director CFO above | Average of wages by role for all staff assigned to a role such as  billers, coders, etc. | |
| General Ledger, Accounting, Payroll (1) | 7 months | For single position roles wage rates were rounded to next dollar | |

**Human Resources**
   Director - Pensions, Profit Sharing Plan (1)        4 months
   Clerical - Terminations, Verification, Records (1)        6 months

**Patient Accounts**                 <mark>Or Contract</mark>
   Supervisors (2)                 2 for 3 months
   Billers (10)                 10 for 3 months; then 3 for 3 months
   Posting and Follow Up (2)                 2 for 3 months
   Self Pay and Charity (2)                 2 for 3 months
   Clinic Records (5)                 5 for 1 month; then 4 for 2 months; then 2 for 1month

**Medical Records**
   Scheduling and Preauthorization's (1)        1 for 1 month
   Hospital Records and Coding (6)        5 for 1 month; then 2 for 1 month

**Information System Support**
   Reserved (8)                 Need full staff to run systems for 4 months

**Software and Licenses**                 Run 4 months only; data migration complete
   Clinical
   Clinical - Physicians
   Financial
   Clinical - Other