CM/ECF hrgcnt4
(Rev. 08/17/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Greenwood Leflore Hospital     )      Case No.: 26–11337–SDM
    Debtor(s)            )     Chapter: 9
                   )     Judge: Selene D. Maddox
                   )
                   )

PLEASE TAKE NOTICE that a *rescheduled* hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 7/16/26 at 10:00 AM

to consider and act upon the following:

*8* – First Motion for Relief from Stay PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR DETERMINATION THAT SELF–INSURANCE TRUST FUNDS ARE NOT PROPERTY OF THE DEBTOR. Filed by Elizabeth Ruby Carr on behalf of Brandon Davis, Dietriche S Jones, Antoinette Stewart. (Attachments: # 1 Exhibit Filed Complaint # 2 Exhibit GLH Responses to Rogs # 3 Exhibit GLH Answer to Complaint) (Carr, Elizabeth)

*23* – Motion for Relief from Stay . Filed by Jonathan B Fairbank on behalf of Rick Clem. (Attachments: # 1 Exhibit Complaint # 2 Exhibit Response of Greenwood Leflore Hospital to Plaintiffs' Interrogatories # 3 Exhibit Answer of Greenwood Leflore Hospital to Plaintiffs' Complaint) (Fairbank, Jonathan)

Dated: 7/1/26

           Shallanda J. Clay
           Clerk, U.S. Bankruptcy Court
        BY:
           Deputy Clerk