✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES Bankruptcy COURT

NORTHERN _____ DISTRICT OF _____ MISSISSIPPI _____

Greenwood Leflore Hospital

V.

Docs## 8, 23

## EXHIBIT AND WITNESS LIST

Case Number:  26-11337-SDM

| PRESIDING JUDGE<br>Selene D. Maddox | | | PLAINTIFF'S ATTORNEY<br>Doug Noble | | DEFENDANT'S ATTORNEY<br>Jon Fairbank / Elizabeth Carr | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>6/16/2026 | | | COURT REPORTER<br>ecro | | COURTROOM DEPUTY<br>Jace Ferraez | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| x | | 6/16/2026 | x | x | Exhibit 1 - Declaration of Allen Gill | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.