**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **GREENWOOD LEFLORE HOSPITAL**          **CHAPTER 9**
         **Debtor**                              **CASE NO. 26-11337-SDM**

### RESPONSE TO PLAN OF ADJUSTMENT

COMES NOW the Mississippi Division of Medicaid (the "DOM"), and files this its Response to the *Plan of Adjustment* (the "Plan") **[DK #50]**, filed herein by Greenwood Leflore Hospital ("GLH"), and in support thereof, would respectfully show as follows, to-wit:

1.    As indicated by its amended ballot voting to accept the Plan, DOM supports the Plan.

2.    Accordingly, DOM respectfully urges the Court to confirm the Plan.

WHEREFORE, PREMISES CONSIDERED, DOM respectfully prays that upon a hearing hereof, this Honorable Court will enter its order confirming the Plan.  DOM prays for general relief.

THIS, the _10th_ day of July, 2026.

Respectfully submitted,

MISSISSIPPI DIVISION OF MEDICAID

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com

-and-

Suzanne C. Hudson, Esq., MSB No. 103079
Laura M. Glaze, Esq., MSB No. 100625
Mississippi Division of Medicaid
550 High Street, Ste 1000
Jackson, MS 39201
T: 601-359-6462
Suzanne.Hudson@medicaid.ms.gov
Laura.Glaze@mediciad.ms.gov

N:\Firm Data\Users\Bankrupt\MS Division of Medicaid (Greenwood Leflore Bkcy)\Pleadings\Resp re Debtor's Plan 7-10-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic transmission, a true and correct copy of the above and foregoing to the following:

Steven D. Usry, Esq.                    Samuel D. Wright, Esq.
Office of the United States Trustee     samuel.wright@usdoj.gov
steven.usry@usdoj.gov

Douglas C. Noble, Esq.
dnoble@mmqnlaw.com

THIS, the ___10th___ day of July, 2026.

_____
Craig M. Geno

-2-