## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREENWOOD LEFLORE HOSPITAL | ) | Case No. 26-11337-SDM |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | |

## DECLARATION OF DOUGLAS C. NOBLE

I, Douglas C. Noble, make this declaration pursuant to 28 U.S.C. § 1746 and § 943(b)(3) of the Bankruptcy Code and state as follows:

1.      I am an adult resident of Hinds County, Mississippi.  I am over 18 years old. The information set forth in this Declaration is based upon my personal knowledge and, if called as a witness, could and would testify competently.

2.      I am a Member of McCraney Montagnet Quin & Noble, PLLC ("MMQN"), a law firm based in Ridgeland, Mississippi.

3.      MMQN was engaged by the debtor, Greenwood Leflore Hospital ("GLH"), as bankruptcy counsel on or about March 17, 2026, to provide legal advice in connection with the preparation for and filing and prosecuting of this Chapter 9 bankruptcy case.

4.      MMQN has billed a total of $208,210.00 in fees and $27,790.66 in expenses, from March 17, 2026, through June 30, 2026.  All amounts paid to date have been billed to and paid by GLH in the ordinary course of business.

5.      The fees and expenses incurred through June 30, 2026, were incurred by the following professionals:

| Douglas C. Noble | $575 per hour x 268.10 hours | $154,157.50 |
| Sean R. Guy | $475 per hour x 70.90 hours | $33,677.50 |
| Holley Wagner Breland | $275 per hour x 81.50 hours | $22,412.50 |

6.     The categorical breakdown of fees incurred by MMQN for services requested each professional is as follows:

| Prepetition hours | 90.50 | $45,700.00 |
|---|---|---|
| B110 – Case Administration | 71.30 | $24,097.50 |
| B120 – Asset Analysis and Recovery | 2.40 | $1,380.00 |
| B130 – Asset Disposition | 17.90 | $10,292.50 |
| B140 – Relief from Stay/Adequate Protection | 22.20 | $12,440.00 |
| B185 – Assumption/Rejection of Leases and Contracts | 2.80 | $1,610.00 |
| B190 – Other Contested Matters | 1.10 | $632.50 |
| B210 – Business Operations | 4.50 | $2,587.50 |
| B220 – Employee Benefits/Pensions | 2.50 | $1,437.50 |
| B310 – Claims Administration and Objections | 2.20 | $1,265.00 |
| B420 – Restructuring | 1.70 | $977.50 |
| B320 – Plan and Disclosure Statement | 95.70 | $53,240 |

2

| | | |
|---|---|---|
| B410 – General Bankruptcy Advice/Opinions | 0.60 | $345.00 |
| L120 – Analysis/Strategy | 43.10 | $21,072.50 |
| L210 – Pleadings | 5.90 | $2,255.00 |
| L220 – Preliminary Injunctions/Provisional Remedies | 19.80 | $11,245.00 |
| L230 – Court Mandated Conferences | 3.90 | $2,242.50 |
| L240 – Dispositive Motions | 29.10 | $13,822.50 |
| L250 – Other Written Motions and Submissions | 3.30 | $1,567.50 |
| Total: | 420.50 | $208,210.00 |

7.      MMQN has incurred a total of $27,790.66 in costs through June 30, 2026, comprised of the following categorical expenses:

| | |
|---|---|
| Copies | $1,731.40 |
| Postage | $424.20 |
| Third Party Invoice Plan Solicitation Mailout (copies + postage) | $23,657.44 |
| Travel | $122.53 |
| Filing Fees | $1,738.00 |
| Research | $117.09 |

8.      The above and foregoing were incurred by MMQN at the request and direction of GLH and were all reasonable and necessary to prosecute this case.  As of the date of this

Declaration, all MMQN invoices through May 2026 have been paid and it expects to be paid its June 2026 invoice before the Effective Date of the Plan of Adjustment.

9.     MMQN estimates that it will incur additional fees and costs totaling $50,000 through the Effective Date (all amounts to be billed for July 2026), which date is anticipated to be July 31, 2026.  MMQN expects that such fees and costs will relate to preparing for confirmation of the Plan, participating in the confirmation hearing, preparing the confirmation order and assisting with Closing of the UMMC Transaction, as necessary.  MMQN holds a retainer in the amount of $50,000 to apply toward unpaid fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

THIS the 13th day of July, 2026.

_____
DOUGLAS C. NOBLE