## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREENWOOD LEFLORE HOSPITAL | ) | Case No. 26-11337-SDM |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | |

## DECLARATION OF GEORGE H. RITTER

I, George H. Ritter, make this declaration pursuant to 28 U.S.C. § 1746 and § 943(b)(3) of the Bankruptcy Code and state as follows:

1.      I am an adult resident of Hinds County, Mississippi.  I am over 18 years old. The information set forth in this Declaration is based upon my personal knowledge and, if called as a witness, could and would testify competently.

2.      I am a preferred shareholder in Wise Carter Child & Caraway, P.A. ("Wise Carter"), a law firm based in Jackson, Mississippi, with additional offices in Hattiesburg and Gulfport.

3.      Wise Carter has represented the debtor, Greenwood Leflore Hospital ("GLH"), as corporate, transactional and healthcare counsel for many years and was engaged and actively representing GLH on such matters prior to filing of this Chapter 9 case.  Wise Carter has continued to provide legal advice on these and other matters during this case.  Wise Carter has primarily advised GLH on the UMMC Transaction and in ongoing pre-petition litigation with the Mississippi Division of Medicaid, working with GLH's bankruptcy counsel as necessary to assist in the bankruptcy case-in-chief.

4.     Wise Carter has billed and been paid a total of $70,572.50 in fees and $ 41.33 in expenses, from April 15, 2026, through June 30, 2026.  All amounts have been billed to and paid by GLH in the ordinary course of business.

5.     The fees and expenses incurred through June 30, 2026, were incurred by the following professionals:

| | | |
|---|---|---|
| George H. Ritter | $350.00/hour x 46.1 hours | $16,235.00 |
| Elizabeth G. Hooper | $340.00/hour x 73.10 hours | $24,854.00 |
| Ty H. Wilkins | $245.00/hour X 119.2 hours | $29,204.00 |
| Beau M. Bettiga | $245.00/hour x 0.4 hours | $98.00 |
| Marilyn M. Keenan | $155.00/hour x 0.5 hours | $77.50 |

6.     Wise Carter has incurred a total of $41.13 in costs from April 15, 2026, through June 30, 2026, comprised of the following: UPS shipping.

7.     The above and foregoing were incurred by Wise Carter at the request and direction of GLH and were all reasonable and necessary to perform the services requested.  GLH has paid all of the foregoing fees and expenses.

8.     Wise Carter estimates that it will incur additional fees and costs of $12,170.00 through the Effective Date of its Plan of Adjustment, which date is anticipated to be July 31, 2026. Wise Carter expects that such fees and costs will relate to preparing for confirmation of the Plan, participating in the confirmation hearing, preparing the confirmation order and assisting with Closing of the UMMC Transaction, as necessary.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

THIS the 13th day of July 2026.

_____
GEORGE H. RITTER