# USA TODAY CO.

## ✵ LocaliQ

PO Box 632030 Cincinnati, OH 45263-2030

## AFFIDAVIT OF PUBLICATION

ATTN: ACCOUNTS PAYABLES
Greenwood Leflore Hospital
Po Box 1410
Greenwood MS 38935-1410

STATE OF WISCONSIN, COUNTY OF BROWN

Before the undersigned authority personally appeared, who
on oath says that he/she is a Legal Advertising
Representative of The Clarion-Ledger, a newspaper as
defined and prescribed in Sections 13-3-31 and 13-3-32, of
the Mississippi Code of 1972, as amended, who, being duly
sworn, states that the notice, a true copy of which is hereto
attached, to be issues of said newspapers editions date as
follows:

06/14/2026, 06/21/2026, 06/28/2026

That said newspaper was regularly issued and circulated on
those dates and that the fees charged are legal.

Sworn to and subscribed before on 06/28/2026

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

8-21-26
_____
My commission expires

Publication Cost:   $937.02
Tax Amount:         $0.00
Payment Cost:       $937.02
Order No:           12403535          # of Copies:
Customer No:        1005920           0
PO #:

## THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

NICOLE JACOBS
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

In re:
GREENWOOD LEFLORE HOSPITAL
Debtor.

Case No. 26-11337-SDM
Chapter 9

**COMBINED NOTICE OF (I) FILING OF PLAN AND DISCLO-
SURE STATEMENT;
(II) DEADLINE FOR CASTING VOTES ON PLAN;
(III) HEARINGS ON AND DEADLINES FOR FILING OBJEC-
TIONS TO
(A) APPROVAL OF DISCLOSURE STATEMENT AND
(B) CONFIRMATION OF PLAN AND ASSUMPTION OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; and
(IV) BAR DATES FOR FILING PROOFS OF CLAIM**

**I. NOTICE OF FILING OF PLAN AND DISCLOSURE STATE-
MENT:**
1. On April 15, 2026, (the **"Petition Date"**), the Greenwood Leflore Hospital (the "Debtor") commenced this Chapter 9 case (the **"Case"**).
2. On June 7, 2026, the Debtor filed its Plan of Adjustment [Dkt #50] (**"Plan"**) and the accompanying Disclosure Statement [Dkt #51] (the **"Disclosure Statement"**). Copies of the Plan and the Disclosure Statement accompany this Notice. Additional copies may be requested free of charge by contacting counsel for the Debtor:

Douglas C. Noble, MS Bar No. 10526
McCraney | Montagnet | Quin | Noble PLLC
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939
Email: DNOBLE@MMQNLAW.com

3. The Plan proposes, among other things, to assume and to assume and assign in accordance with § 365 of the Bankruptcy Code, and without the filing of any further motion, those Executory Contracts and Unexpired Leases identified in Schedule 9.1 of the Plan (the **"Proposed Assumptions"**). The amounts stated in Schedule 9.1 identify the amounts the Debtor believes to be necessary to cure any monetary defaults associated with the Proposed Assumptions. Counterparties are directed to review Schedule 9.1 of the Plan to determine if your rights are affected under the Plan.
**II. NOTICE OF DEADLINE FOR CASTING VOTES ON PLAN:**
4. If you are the holder of an Allowed Impaired Claim under the Plan, then you are entitled to cast a vote to accept or reject the Plan. The Disclosure Statement identifies the holders of Claims entitled to vote on the Plan and contains all instructions and relevant information relating to the voting process. You should consult the Disclosure Statement and all materials provided herewith in evaluating how to vote on the Plan.
5. If you are entitled to vote on the Plan, you will receive a Ballot with this Notice. The Ballot also contains instructions for casting your vote, completing the Ballot and returning it to counsel for the Debtor. **Your ballot must be actually received before 5:00 p.m., prevailing central time, on July 3, 2026 (the "Voting Deadline").**
**III. NOTICE OF OBJECTION DEADLINES AND HEARINGS ON DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN**
6. Any responses or objections to approval of the Disclosure Statement **must be filed no later than June 24, 2026, by 5:00 p.m. Central Time**, with the Clerk of the Court at United States Bankruptcy Court, Northern District of Mississippi, Thad Cochran U.S. Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730.
7. If any timely and properly filed objections or responses are filed, a hearing (the "Disclosure Hearing") to consider final approval of the Disclosure Statement will be held by the Court on June 29, 2026, at 10:00 a.m. Central Time at 703 Highway 145 North, Aberdeen, Mississippi 39730.
8. Any responses or objections to confirmation of the Plan or to the Proposed Assumptions **must be filed no later than July 10, 2026, by 5:00 p.m. Central Time**, with the Clerk of the Court at United States Bankruptcy Court, Northern District of Mississippi, Thad Cochran U.S. Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730,
9. A hearing (the **"Confirmation Hearing"**) to consider confirmation of the Plan and the Proposed Assumptions, and any timely and properly filed objections or responses, **will be held by the Court on July 16, 2026, at 10:00 a.m. Central Time**, at 703 Highway 145 North, Aberdeen, Mississippi 39730.
10. Any response or objection to either of the foregoing shall: (i) be in writing; (ii) conform to the applicable Federal Rules of Bankruptcy Procedure and the applicable Miss. Bankr. Local Rules; (iii) set forth the name of the objecting party, the amount and nature of such party's claim or interest, the basis for the objection and the specific grounds thereof; and (iv) together with proof of service, and (v) served on counsel for the Debtor:
Douglas C. Noble, MS Bar No. 10526

**McCraney Montagnet Quin Noble**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939

*Page 2 of 2*

Email: DNOBLE@MMQNLAW.com

UNLESS A RESPONSE OR OBJECTION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, IT SHALL NOT BE CONSIDERED BY THE COURT.

**IV. NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM:**
11. The Court has established the following dates for filing proofs of claim for assertion of Claims against the Debtor:
Bar Date for Creditors: July 3, 2026
Governmental Bar Date: October 12, 2026
12. All proofs of claim must conform to Official Form 410, and a copy accompanies this Notice and must be filed with the Clerk of the Court electronically or at the address listed above so as to be actually received prior to the applicable Bar Date.

ANY ENTITY THAT IS REQUIRED, BUT FAILS, TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR AND ITS ESTATE (OR FILING A PROOF OF CLAIM WITH RESPECT THERETO), AND THE DEBTOR AND ITS PROPERTY AND ESTATE SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO OR ARISING FROM SUCH CLAIM.

Dated: June 10, 2026.

Respectfully submitted,

**GREENWOOD LEFLORE HOSPITAL**

By:/s/ *Douglas C. Noble*
Douglas C. Noble, MS Bar No. 10526
**McCraney | Montagnet | Quin | Noble PLLC**
602 Steed Road • Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939
Email: DNOBLE@MMQNLAW.com
06/14, 06/21, 06/28/2026 #12403535